In the Matter of the Application of ALEXANDER MICHAEL-SON, Appellant, for Revocation of an Order of Disbarment and for Reinstatement as an Attorney. THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Michaelson,* 174 App. Div. 909, appeal dismissed.
(Argued April 23, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1916, which denied a motion for an order revoking a prior order disbarring the petitioner from practice as an attorney and counselor at law.

*Huntington W. Merchant* for appellant.

*Einar Chrystie* for respondent.

Appeal dismissed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.